# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|    | Plaintiffs Name (alphabetically ordered by last name of Injured 9/11 Victim) | Relationship to Injured 9/11 Victim | State of Residency at filing | Citizenship/ Nationality on 9/11/01 | General Nature of Claim Asserted |
|----|---|---|---|---|---|
| 1  | Leroy Aiken | Self | NJ | US | Personal Injury |
| 2  | Ricardo Anaya | Self | NY | US | Personal Injury |
| 3  | Michael Banahan | Self | NY | US | Personal Injury |
| 4  | Mitchel Berger | Self | NJ | US | Personal Injury |
| 5  | Mark Bernheimer | Self | WA | US | Personal Injury |
| 6  | David Blacksberg | Self | CA | US | Personal Injury |
| 7  | Christian Blom | Self | NY | US | Personal Injury |
| 8  | Anthony Brucculeri | Self | SC | US | Personal Injury |
| 9  | Pauline Brucculeri | Spouse | SC | US | Solatium |
| 10 | Earl Campbell | Self | NJ | US | Personal Injury |
| 11 | Shana Campbell | Child | HI | US | Solatium |
| 12 | Tespha Campbell | Child | NC | US | Solatium |
| 13 | Andrew Canonico | Self | NY | US | Personal Injury |
| 14 | Robert Cassano | Self | NY | US | Personal Injury |
| 15 | Larissa Cobbs | Self | NY | US | Personal Injury |
| 16 | Kristen Concialdi | Child | CA | US | Personal Injury |
| 17 | Leslie Concialdi | Spouse | NY | US | Personal Injury |
| 18 | Salvatore Concialdi | Child | NY | US | Personal Injury |
| 19 | Irvela Cordero | Self | NY | US | Personal Injury |
| 20 | Richard Crespo | Self | NY | US | Personal Injury |
| 21 | Gennady Dashevsky | Self | NY | US | Personal Injury |
| 22 | Dennis Diggins | Self | NJ | US | Personal Injury |
| 23 | Victor Fiabane | Self | NY | US | Personal Injury |
| 24 | Michelle Figueroa | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Carlos Fraga | Self | NJ | US | Personal Injury |
| 26 | Isabella Fraga | Child | NJ | US | Solatium |
| 27 | Jorge Fraga | Sibling | FL | US | Solatium |
| 28 | Luis Fraga | Sibling | FL | US | Solatium |
| 29 | Jeffrey Francan | Self | NY | US | Personal Injury |
| 30 | Beatrice Gaston, as administrator of the Estate of Betsy Martinez, deceased and individually | Sibling | NY | US | WD, Solatium |
| 31 | Francis Gaston | Sibling | GA | US | Solatium |
| 32 | Georgina Gaston | Parent | NY | US | Solatium |
| 33 | Louis Gaston (passed in 2010) | Parent | NY | US | Solatium, survival action |
| 34 | Maria Gaston | Sibling | AZ | US | Solatium |
| 35 | Sebastiano Giangregorio | Self | FL | US | Personal Injury |
| 36 | Foze Girgis | Spouse | NJ | US | Solatium |
| 37 | Hany Girgis | Child | CA | US | Solatium |
| 38 | Sameh Girgis | Child | NJ | US | Solatium |
| 39 | Samir Girgis | Self | NJ | US | Personal Injury |
| 40 | Christopher Gleeson | Self | NY | US | Personal Injury |
| 41 | Karen Gleeson | Spouse | NY | US | Solatium |
| 42 | Alan Glibbery | Self | NY | US | Personal Injury |
| 43 | Diane Glibbery | Spouse | NY | US | Solatium |
| 44 | Julia Glibbery | Child | NY | US | Solatium |
| 45 | Steven Howard Jr. | Spouse | NY | US | Solatium |
| 46 | Tamara Howard | Child | NY | US | Solatium |
| 47 | Tamia Howard | Child | NY | US | Solatium |
| 48 | Zorayda Jacobs | Child | NY | US | Solatium |
| 49 | George Jenca Jr. | Sibling | PA | US | Solatium |
| 50 | George Jenca Sr. | Parent | PA | US | Solatium |
| 51 | Jimmy George Jenca | Child | PA | US | Solatium |
| 52 | Jimmy Jenca | Self | PA | US | Personal Injury |
| 53 | Lisa Marie Jenca | Spouse | PA | US | Solatium |
| 54 | Robert Jenca | Sibling | PA | US | Solatium |
| 55 | Shannon Marie Jenca | Child | PA | US | Solatium |
| 56 | John Jonas | Self | NY | US | Personal Injury |
| 57 | Christopher Kelly | Self | NY | US | Personal Injury |
| 58 | Christopher Kelly | Self | NY | US | Personal Injury |
| 59 | Ira Kugelman | Self | NY | US | Personal Injury |

|    | Name | Relationship | State | Country | Claim |
|----|------|--------------|-------|---------|-------|
| 60 | Carol LaPeruta-Giuffre, as administrator of the Estate of Salvatore Giuffre, deceased and individually | Spouse | NY | US | Wrongful Death, Solatium |
| 61 | Shawn Lyles | Self | NY | US | Personal Injury |
| 62 | Ariel Martinez | Child | FL | US | Solatium |
| 63 | Wendy Meyers | Child | NY | US | Solatium |
| 64 | Bernadette Montalvo | Spouse (div. 2003) | NY | US | Solatium |
| 65 | Emilio Montalvo | Self | NY | US | Personal Injury |
| 66 | Ruben Montenegro | Self | FL | US | Personal Injury |
| 67 | Ashlee Rahaman | Child | NY | US | Personal Injury |
| 68 | Angelica Stewart | Child | GA | US | Solatium |
| 69 | Basilio Stewart | Self | GA | US | Personal Injury |
| 70 | Irene Stewart | Spouse | GA | US | Solatium |
| 71 | Janice Taylor, as administrator of the Estate of Dexter Taylor, deceased and individually | Spouse | NJ | US | Wrongful Death, Solatium |
| 72 | James Toledo | Self | FL | US | Personal Injury |
| 73 | Richard Torres, Jr. | Child | FL | US | Personal Injury |
| 74 | Doreen Torres | Child | FL | US | Personal Injury |
| 75 | Stephen Tracy | Self | NY | US | Personal Injury |
| 76 | Kenneth Triola | Self | NY | US | Personal Injury |
| 77 | Charles Truncale | Self | NY | US | Personal Injury |
| 78 | Thomas Vairo | Self | NY | US | Personal Injury |
| 79 | Joeseph Valenin | Self | NY | US | Personal Injury |
| 80 | Albert Vanschaik | Self | OH | US | Personal Injury |
| 81 | Hector Vargas | Self | NY | US | Personal Injury |
| 82 | Joseph Viscuso | Self | NY | US | Personal Injury |
| 83 | Victor Vitulli | Self | NY | US | Personal Injury |
| 84 | Francine Vogler | Self | CA | US | Personal Injury |
| 85 | Ernest Wade | Self | NY | US | Personal Injury |
| 86 | Andrew Watson | Child | FL | US | Solatium |
| 87 | Sean Wick | Self | NY | US | Personal Injury |
| 88 | Jerome Wiesenberg | Self | NY | US | Personal Injury |
| 89 | Anthony William | Self | CA | US | Personal Injury |
| 90 | Vaughn Williams | Self | NC | US | Personal Injury |
| 91 | Carol Wilson | Self | TX | US | Personal Injury |
| 92 | Thomas Wilson | Self | TX | US | Personal Injury |
| 93 | Elisie Witherspoon | Grand Parent | NY | US | Solatium |
| 94 | KavidIous Witherspoon | Self | NY | US | Personal Injury |

| 95 | Natasha Young | Child | GA | US | Solatium |
|----|---------------|-------|-----|-----|----------------|
| 96 | Tracy Young | Self | NY | US | Personal Injury |
| 97 | Mexsana Zayas | Self | NY | US | Personal Injury |
| 98 | Alicia Zola | Spouse | NJ | US | Solatium |