```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BEATRICE GASTON., et al.,

                              Plaintiffs,        18-CV-12338 (GBD)(SN)

        -against-                                       ORDER

KINGDOM OF SAUDI ARABIA,

                              Defendant.
-----------------------------------------------------------------X
```

This document relates to:

> Johnson et al., v. Kingdom of Saudi Arabia, No. 18-CV-12346 (GBD) (SN)
> Rodriguez et al., v. Kingdom of Saudi Arabia, No. 18-CV-12348 (GBD) (SN)
> Knight et al., v. Kingdom of Saudi Arabia, No. 18-CV-12399 (GBD) (SN)

**SARAH NETBURN, United States Magistrate Judge:**

On November 14, 2019, Plaintiffs in the above-captioned cases filed amended short form complaints pursuant to the Court's July 10, 2018 Order. The Court does not address the propriety of those amendments. Plaintiffs are reminded, however, that the July 2018 Order was superseded in its entirety on October 28, 2019. See No. 03-MD-01570, ECF No. 5234. In the future, any notices to conform, short form complaints, or notices of amendment should be filed in accordance with the October 2019 Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 20, 2019
         New York, New York