IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |

*This document relates to:*

*Gaston, et. al v. The Islamic Republic of Iran, No. 18-cv-12337, Gaston, et. al. v. Kingdom of Saudi Arabia, No. 18-12338, Johnson, et al. v. The Islamic Republic of Iran, 18-cv-12344, Johnson, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12346, Rodriguez, et. al. v. The Islamic Republic of Iran, No. 18-cv-12347, Rodriguez, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12348, Knight et. al. v. The Islamic Republic of Iran, No. 18-cv-12398, Knight, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12399, Desimone v. The Islamic Republic of Iran, No. 21-07679, Desimone v. Kingdom of Saudi Arabia, No. 17-00348*

## MOTION FOR ADMISSION OF ROBERT KEITH MORGAN, PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert Keith Morgan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned actions.

I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated: November 1, 2023                                Respectfully submitted

/s/ Robert Keith Morgan
Robert Keith Morgan
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
kmorgan@millerfirmllc.com

*Counsel for Plaintiffs*

1